

**My Channel**

38 contributions ›

| REVIEWS | PHOTOS |
|---|---|

4 reviews · 2 ratings



**Law Offices of David Freydin**
560 W Van Buren St, Chicago, IL 60607

★ ★ ★ ★ ★  a month ago
Terrible experience.
Unprofessional and disrespectful

👍 Helpful?     ❮ Share



**Law Offices of David Freydin**
1320 Tower Rd #136, Schaumburg, IL 60173

★ ★ ★ ★ ★  a month ago
Terrible experience. Awful customer service

👍 Helpful?     ❮ Share



**Law Offices of David Freydin, LLP**
579 E N Ave, Elmhurst, IL 60126

★ ★ ★ ★ ★  a month ago
disrespectful and unprofessional.

👍 Helpful?     ❮ Share