# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE LAW OFFICES OF DAVID FREYDIN, P.C. and DAVID FREYDIN,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA CHAMARA, TETIANA KRAVCHUK, ANASTASIA SHMOTOLOKHA, NADIA ROMENETS, and JOHN DOES 1-10<br><br>Defendants | No. 17-cv-08034<br>Hon. Harry D. Leinenweber |

## DEFENDANT VICTORIA CHAMARA'S AGREED MOTION FOR AN INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Victoria Chamara ("Defendant"), by and through her undersigned counsel, hereby moves the Court to grant Defendant an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff served Defendant the Complaint on November 18, 2017. Defendant has until December 9, 2017 to respond to the Complaint.

2. After diligently searching for representation, Defendant retained the undersigned counsel on December 7, 2017, 2 days before Defendant's deadline to answer or otherwise respond.

3. Defendant's counsel requires additional time to review the facts of the case in order to properly represent its client and adequately respond to the Complaint.

4. Therefore, Defendant hereby requests an additional 30 days to file an answer or otherwise plead.

5. Defendant's counsel spoke with one of Plaintiff's attorneys, Tim Scott, on December 8, 2017. Mr. Scott has agreed to the requested extension.

6. No party will be prejudiced by the extension.

7. The requested extension is sought in good faith and not for purposes of undue delay or prejudice.

8. This is the first request for extending the deadline for Defendant to answer, move, or otherwise respond to the Complaint.

WHEREFORE, in light of the foregoing considerations, Defendant respectfully requests a thirty (30) day extension of time until January 8, 2018 to file her Answer or otherwise plead so that Defendant may adequately address and respond to Plaintiff's Complaint.

Respectfully submitted

/s/ Chad Nold  
Chad Nold  
Saper Law Offices, LLC  
505 N. LaSalle, Suite 350  
Chicago, Illinois 60654  
PH: 312.537.4100  
chad@saperlaw.com

*One of Defendant's Attorneys*

Dated: December 8, 2017

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing, **DEFENDANT VICTORIA CHAMARA'S AGREED MOTION FOR AN INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, to be served on the attorneys of record listed below by filing the foregoing electronically using the CM/ECF filing system on this 8th day of December, 2017:

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
david.freydin@freydinlaw.com

/s/Chad Nold
An Attorney for Defendant Victoria Chamara